■ In the Matter of DONALD SAWYER, Ph.D., Executive Director of Central New York Psychiatric Center, Respondent, v MICHAEL N., Appellant. (Appeal No. 2.) [939 NYS2d 917]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered January 11, 2011. The order denied

respondent's motion for the appointment of a psychiatric examiner.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.